UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOULD PAPER CORPORATION (as successor-in-interest to Hawthorne Paper Company), | ) )  ) ) CIVIL ACTION NO. |
| Plaintiff, | ) ) |
| v. | ) 2:03cv6267 ) |
| INSURANCE COMPANY OF NORTH AMERICA; ACE USA; and CENTURY INDEMNITY CO. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gould Paper Corporation, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this matter on February 27, 2004, attached hereto as Exhibit "A".

Dated:
March 15, 2004

By: _____
John N. Ellison (I.D. No. 51098)
Robert H. Frankel (I.D. No. 67962)
Anderson Kill & Olick, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 568-4202

OF COUNSEL:
Finley T. Harckham, Esquire
Jeremy J. Flanagan, Esquire
Dennis Artese, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182
(212) 278-1000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GOULD PAPER CORPORATION (as successor-in-interest to Hawthorne Paper Company),<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA;<br>ACE USA; and<br>CENTURY INDEMNITY CO.<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:03cv6267 |

## CERTIFICATE OF SERVICE

I hereby certify that, at my direction, a true and correct copy of Notice of Appeal was sent by first class mail, postage prepaid, on this date to the following:

> Lawrence A. Serlin, Esquire
> Siegal & Napierkowski
> Suite 304
> 220 Lake Drive East
> Cherry Hill, NJ  08002

*Robert E. Frankel, Esquire*

> Anderson Kill & Olick, P.C.
> 1600 Market Street
> Suite 2500
> Philadelphia, PA 19103
> (215) 568-4202

Dated: March 15, 2004

PHIDOCS-36348.1